FILED

APR 26 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| SPOKANE AIRPORT BOARD,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL P. HUERTA, Administrator, and FEDERAL AVIATION ADMINISTRATION,<br><br>    Respondents. | No. 13-71172<br><br>FAA No. 13-1080 |
| FLATHEAD MUNICIPAL AIRPORT AUTHORITY and FRIEDMAN MEMORIAL AIRPORT AUTHORITY,<br><br>    Petitioners,<br><br>  v.<br><br>FEDERAL AVIATION ADMINISTRATION and MICHAEL P. HUERTA, Administrator of the Federal Aviation Administration,<br><br>    Respondents. | No. 13-71133 |

| | |
|---|---|
| **BLOOMINGTON-NORMAL AIRPORT AUTHORITY,**<br><br>    Petitioner,<br><br>  v.<br><br>**MICHAEL P. HUERTA, Administrator, and FEDERAL AVIATION ADMINISTRATION,**<br><br>    Respondents. | No. 13-71177<br><br>FAA No. 13-1082 |
| **CITY OF ORMOND BEACH, FLORIDA; CITY OF NAPLES AIRPORT AUTHORITY; and CHARLOTTE COUNTY AIRPORT AUTHORITY,**<br><br>    Petitioners,<br><br>  v.<br><br>**MICHAEL P. HUERTA, Administrator, and FEDERAL AVIATION ADMINISTRATION,**<br><br>    Respondents. | No. 13-71178<br><br>FAA No. 13-1084 |

| | |
|---|---|
| **COUNTY OF CUYAHOGA, doing business as Cuyahoga County Airport,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA, Administrator, and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. | No. 13-71179<br><br>FAA No. 13-1088 |
| **THE OHIO STATE UNIVERSITY,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA, Administrator, and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. | No. 13-71181<br><br>FAA No. 13-1101 |

| | |
|---|---|
| **RENTON MUNICIPAL AIRPORT and THE CITY OF RENTON**, a Municipal Corporation,<br><br>Petitioners,<br><br>v.<br><br>**FEDERAL AVIATION ADMINISTRATION and MICHAEL P. HUERTA**, Administrator of the Federal Aviation Administration,<br><br>Respondents. | No. 13-71175 |
| **PORT OF PORTLAND**,<br><br>Petitioner,<br><br>v.<br><br>**FEDERAL AVIATION ADMINISTRATION and MICHAEL P. HUERTA**, Administrator of the Federal Aviation Administration,<br><br>Respondents. | No. 13-71187 |

| | |
|---|---|
| **AMERICAN ASSOCIATION OF AIRPORT EXECUTIVES and U.S. CONTRACT TOWER ASSOCIATION,**<br><br>　　　　　Petitioners,<br><br>　v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>　　　　　Respondents. | No. 13-71202<br><br>FAA No. 13-1109 |
| **SOUTHERN ILLINOIS AIRPORT AUTHORITY,**<br><br>　　　　　Petitioner,<br><br>　v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>　　　　　Respondents. | No. 13-71247<br><br>FAA No. 13-1117 |

| | |
|---|---|
| **SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. | No. 13-71248<br><br>FAA No. 13-1115 |
| **BOCA RATON AIRPORT AUTHORITY,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. | No. 13-71253<br><br>FAA No. 13-1128 |
| **MARTIN COUNTY, FLORIDA,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION** | No. 13-71259<br><br>FAA No. 13-1131 |

| | |
|---|---|
| ADMINISTRATION,<br><br>        Respondents. | |
| **CITY OF McKINNEY, TEXAS,**<br><br>        Petitioner,<br><br> v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>        Respondents. | No. 13-71348<br><br>FAA No. 13-1135 |
| **WISCONSIN AIRPORT MANAGEMENT ASSOCIATION,**<br><br>        Petitioner,<br><br> v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>        Respondents. | No. 13-71351<br><br>FAA No. 13-1134 |
| **COUNTY OF LOS ANGELES,**<br><br>        Petitioner, | No. 13-71388 |

|   |   |
|---|---|
| v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. |   |
| **TEXAS A&M UNIVERSITY, a Texas Institution of Higher Learning,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. | No. 13-71414<br><br>FAA No. 13-1141 |
| **MOHAVE COUNTY AIRPORT AUTHORITY, INC.,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. | No. 13-71423 |

| | |
|---|---|
| **CITY OF SAN DIEGO**, a charter city organized and existing under the Constitution of the State of California,<br><br>          Petitioner,<br><br>    v.<br><br>**FEDERAL AVIATION ADMINISTRATION and MICHAEL P. HUERTA,**<br><br>          Respondents. | No. 13-71442<br><br>**ORDER** |

Respondents' unopposed motion to consolidate petitions 13-71175, 13-71187, 13-71202, 13-71247, 13-71248, 13-71253 and 13-71259 with consolidated petitions 13-71172, 13-71133, 13-71177, 13-71178, 13-71179 and 13-71181 is granted.  The court sua sponte consolidates petitions 13-71348, 13-71351, 13-71388, 13-71414, 13-71423 and 13-71442 with the above petitions.  Accordingly, all the petitions listed above are now consolidated, with petition No. 13-71172, Spokane Airport Board v. Huerta, as the lead petition.

The motions to intervene in support of petitioners filed by: 1) the City of Macon, Georgia; 2) the City of Battle Creek, Michigan; 3) the City of Fayetteville, Arkansas; 4) Milwaukee County, Wisconsin, and General Mitchell International Airport and Lawrence J. Timmerman Airfield; 5) the Nashua Airport Authority; 6)

Ogden City Corporation; 7) Lancaster Airport Authority; 8) the City of Concord, North Carolina; 9) Cobb County, Georgia; 10) Gwinnett County, Georgia; 11) Mercer County, New Jersey; and 12) Ventura County, California, are granted.

The parties' joint motion to expedite briefing is granted in part. The briefing schedule shall proceed as follows:

|  | **Due date** |
|---|---|
| Filing of the Administrative Record | April 24, 2013 |
| One consolidated opening brief on behalf of all petitioners and intervenors, except those in No. 13-71202, limited to no more than 15,000 words | May 6, 2013 |
| One consolidated opening brief on behalf of petitioners and intervenors in petition No. 13-71202, limited to no more than 5000 words | May 6, 2013 |
| Petitioners' record excerpts | May 6, 2013 |
| Any *amicus* briefs, limited to no more than 5000 words | May 6, 2013 |
| Respondents' answering brief, limited to no more than 20,000 words | May 20, 2013 |
| One consolidated reply brief on behalf of all petitioners and intervenors, except those in No. 13-71202, limited to no more than 7500 words | May 28, 2013, at 10 A.M. P.D.T. |
| One consolidated reply brief on behalf of petitioners and intervenors in No. 13-71202, limited to no more than 2500 words | May 28, 2013, at 10 A.M. P.D.T. |

Oral argument for these consolidated petitions shall be held on June 5, 2013, in Pasadena.

Within two days of the filing of each brief, seven copies of the brief in paper format shall be filed with the clerk of the court in San Francisco.  Each copy shall be accompanied by a certification, attached to the end of the brief, that the brief is identical to the version submitted electronically.  The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The administrative record filed by respondents on April 24, 2013 in lead petition No. 13-71172 shall be spread to all consolidated petitions.

Petitioners and intervenors have filed a consolidated joint urgent motion for a stay pending review in these consolidated petitions.  Respondents shall file their consolidated response to the urgent motion for stay by May 24, 2013.  Petitioners' and intervenors' consolidated reply to respondents' response is due by May 29, 2013.  Petitioner City of San Diego, in petition No. 13-71442, has also filed an urgent motion for stay pending review.  The response to that motion and the reply shall follow the schedule above.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Chen
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A