FILED

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

MAY 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **SPOKANE AIRPORT BOARD**, <br><br>Petitioner,<br><br>v.<br><br>**MICHAEL P. HUERTA, Administrator, and FEDERAL AVIATION ADMINISTRATION,**<br><br>Respondents. | Nos. 13-71172, 13-71133, 13-71175, 13-71177, 13-71178, 13-71179, 13-71181, 13-71187, 13-71202, 13-71247, 13-71248, 13-71253, 13-71259, 13-71348, 13-71351, 13-71388, 13-71414, 13-71423, 13-71442 |
| **KENNETH D. PASKAR; FRIENDS OF LAGUARDIA AIRPORT, INC.,**<br><br>Petitioners,<br><br>v.<br><br>**FEDERAL AVIATION ADMINISTRATION; MICHAEL P. HUERTA; RAY LAHOOD, Secretary, United States Department of Transportation,**<br><br>Respondents. | No. 13-71514<br><br>FAA No. 13-1070 |

| | |
|---|---|
| **COUNTY OF TOMPKINS; DOUGLAS C. LEWIS; MICHAEL C. ATWOOD; SCOTT E. CAMPBELL; NICHOLAS M. HARTMAN; ROBERT F. ERLWEIN,**<br><br>              Petitioners,<br><br>     v.<br><br>**FEDERAL AVIATION ADMINISTRATION; MICHAEL P. HUERTA,**<br><br>              Respondents. | No. 13-71518<br><br>FAA No. 13-1295<br><br><br>**ORDER** |

Respondents' urgent motions to consolidate petitions 13-71514 and 13-71518 with petitions 13-71172, 13-71133, 13-71175, 13-71177, 13-71178, 13-71179, 13-71181, 13-71187, 13-71202, 13-71247, 13-71248, 13-71253, 13-71259, 13-71348, 13-71351, 13-71388, 13-71414, 13-71423 and 13-71442 are granted.

FOR THE COURT:

MOLLY C. DWYER
Clerk of the Court

By: Samantha Miller
Deputy Clerk